UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  09-cr-00255-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  RICARDO GALLEGOS-HERNANDEZ, a/k/a Daniel Antonio Medina, a/k/a Miguel Antonio Moguel,

     Defendant.

---

## ORDER

---

THIS MATTER is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is hereby

ORDERED that all pretrial motions shall be filed by **Monday, July 13, 2009,** and responses to these motions shall be filed by **Monday, July 27, 2009.**  It is

FURTHER ORDERED that counsel shall request a hearing on all pending motions and final trial preparation conference, if necessary, at a future date.  It is

FURTHER ORDERED that a three-day jury trial is set for **Monday, August 10, 2009, at 9:00 a.m. in Courtroom A1002.**

Dated:  June 16, 2009

                          BY THE COURT:


                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          Chief United States District Judge