UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00255-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RICARDO GALLEGOS-HERNANDEZ, a/k/a Daniel Antonio Medina, a/k/a Miguel Antonio Moguel,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict of the Court, the Change of Plea hearing scheduled for Tuesday, September 29, 2009 at 3:00 p.m. is **RESET** to **Tuesday, September 29, 2009 at 3:30 p.m.**

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated: September 25, 2009