UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00255-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RICARDO GALLEGOS-HERNANDEZ, a/k/a Daniel Antonio Medina, a/k/a Miguel Antonio Moguel,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The Change of Plea hearing is scheduled for **Monday, November 23, 2009 at 3:30 p.m.**

      An interpreter for Defendant shall be present at the hearing.

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated: October 2, 2009